IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00031-MSK-MEH

AFFINITI COLORADO, LLC,

    Petitioner,

v.

EAGLE-NET ALLIANCE,

    Respondent.

v.

DEPARTMENT OF COMMERCE

    Third-Party Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 27, 2016.**

    Third-Party Defendant Department of Commerce's Motion to Vacate February 3, 2016 [Status Conference] [filed January 26, 2016; docket #21] is **denied**. While the Court acknowledges this case may in the future be consolidated with a case before Chief Judge Marcia S. Krieger, no consolidation has yet occurred. Additionally, as a general matter, if any of the parties in a case believe there are relevant issues to discuss with the Court, a status conference should be not be vacated. Here, as indicated by Petitioner's opposition to this Motion, at least one party requests to be heard at this phase of the case; thus, the Court will hold the February 3, 2016 Status Conference as planned.