IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00031-MSK-MEH

AFFINITI COLORADO, LLC,

Petitioner,

v.

EAGLE-NET ALLIANCE,

Respondent/Third-Party Plaintiff,

v.

DEPARTMENT OF COMMERCE,

Third-Party Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 22, 2016.**

Before the Court are three motions:

- Petitioner Affiniti Colorado, LLC's Motion to Strike Respondent EAGLE-Net Alliance's Motion to Dismiss for Failure to Join a Necessary and Indispensable Party [filed February 4, 2016; docket #30];

- Respondent EAGLE-Net Alliance's Motion to Dismiss for Failure to Join a Necessary and Indispensable Party [filed February 4, 2016; docket #31]; and

- Petitioner Affiniti Colorado, LLC's Expedited Motion to Strike Respondent EAGLE-Net' Alliance's Petition for Show Cause Order, Counterclaims and Third-Party Complaint [filed February 4, 2016; docket #32].

In light of the pending motion to consolidate cases presently before Chief Judge Marcia S. Krieger in a related case, 15-cv-01883-MSK-KLM [*see* Notice of Related Case, docket #10], and considering this Court's conversations with both Judge Krieger and Magistrate Judge Kristen L. Mix regarding the posture of these cases, the three motions listed above are **denied without prejudice**. After Judge Krieger issues her order regarding the motion to consolidate, the parties may, if appropriate, refile these motions.